# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

In re:

| | |
|---|---|
| APPOINTMENT OF THREE JUDGE PANEL PURSUANT TO 28 U.S.C. § 2284(A) | Case No. 3:23-cv-00832 In the Middle District of Tennessee |

## ORDER

This matter is before the Court upon the request of the Honorable Eli Richardson, Judge of the Middle District of Tennessee, to appoint a three-judge panel in the matter designated as *Tennessee State Conference of the NAACP, et al. v. William B. Lee, et al.* Having reviewed the request for a three-judge panel, Chief Judge Jeffrey S. Sutton finds that the request is well taken, and that a three-judge panel is warranted under 28 U.S.C. § 2284.

Wherefore, Chief Judge Sutton hereby designates the Honorable Eric E. Murphy, Circuit Judge of the Sixth Circuit Court of Appeals, and the Honorable Benita Y. Pearson, District Judge of the Northern District of Ohio to serve with the Honorable Eli Richardson in this matter. The provisions of 28 U.S.C. § 2284 (b)(2) and (3) shall apply. This designation shall remain in full force and effect for the duration of the proceedings in Case No. 3:23-cv-00832. The Clerk of this court is directed to forward a copy of this order to the Clerk of the United States District Court for the Middle District of Tennessee for entry on the docket.

BY ORDER OF THE COURT

_/s/ Deborah S. Hunt_
Deborah S. Hunt, Clerk

Entered this 16th day of August, 2023.