IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TENNESSEE STATE CONFERENCE OF THE NAACP, et al., | ) ) | NO. 3:23-cv-00832 |
| Plaintiffs, | ) ) ) | JUDGE ELI RICHARDSON JUDGE ERIC E. MURPHY |
| v. | ) ) | JUDGE BENITA Y. PEARSON |
| WILLIAM B. LEE, in his official capacity as Governor of the State of Tennessee, et al., | ) ) ) ) | |
| Defendants. | | |

## Order

TAKE NOTICE that the above-entitled action shall come on for an electronic hearing via Zoomgov.com on September 15, 2023, at 10:00 a.m. EDT before the appointed three-judge panel now serving as the Court in this matter. The Zoom Meeting details will be distributed by the Court to counsel. On or before September 8, 2023, counsel shall file a Joint Status Report that sets forth a proposed schedule for the case going forward. Counsel shall be prepared to voice their positions regarding the proposed schedule during the hearing.

The previous order (Doc. No. 15) referring this case to the Magistrate Judge for case management in accordance with Local Rule 16.01 and 28 U.S.C. § 636(b)(1)(A) is hereby revoked. However, Defendants' October 10, 2023 cut off to answer or otherwise respond to the Complaint, (Doc. No. 21), and the October 31, 2023 date for a telephonic initial case management conference, (Doc. No. 13), remain in effect pending further order of the Court.

IT IS SO ORDERED.

/s Eli Richardson
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

/s Eric E. Murphy
ERIC E. MURPHY
UNITED STATES CIRCUIT JUDGE

/s Benita Y. Pearson
BENITA Y. PEARSON
UNITED STATES DISTRICT JUDGE