UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TENNESSEE STATE CONFERENCE OF THE NAACP, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Case No. 3:23-cv-00832 |
| WILLIAM B. LEE, et al., | ) ) | JUDGE ELI RICHARDSON JUDGE ERIC E. MURPHY |
| Defendants. | ) | JUDGE BENITA Y. PEARSON |

**ORDER**

The Court will hold a telephonic status conference call on **March 27, 2024, at 2:00 p.m. Central time**. Participation shall be limited to lead counsel for each party; only lead counsel shall be on the call. In advance of the time scheduled for the call, Judge Richardson's chambers will email counsel dial-in instructions for the call. The Court intends to forgo having a court reporter take down what is said during the call.

IT IS SO ORDERED.

*/s/ Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

*/s/ Eric E. Murphy*
ERIC E. MURPHY
UNITED STATES CIRCUIT JUDGE

*/s/ Benita Y. Pearson*
BENITA Y. PEARSON
UNITED STATES DISTRICT JUDGE