# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **TENNESSEE STATE CONFERENCE OF THE NAACP, et al.,**  <br><br>  **Plaintiffs,**  <br><br>  v.  <br><br>  **WILLIAM B. LEE, in his official capacity as Governor of the State of Tennessee, et al.,**  <br><br>  **Defendants.** | **Case No. 3:23-cv-00832**  <br><br>  **Judge Eric Murphy**  <br><br>  **Judge Eli Richardson**  <br><br>  **Judge Benita Pearson** |

## AGREED PROTECTIVE ORDER REGARDING STATE VOTER REGISTRY DATA

As demonstrated by the signatures of adversary counsel below, the Parties recognize that the use of data contained in the statewide voter registration list compiled by the Tennessee Secretary of State as required by Tenn. Code Ann. § 2-2-301 is restricted by Tenn. Code Ann. § 2-2-138(e). Accordingly, the Parties agree to the following terms for the production, review and use of the statewide voter registration list, and further agree that all data contained within the statewide voter registration list shall be subject to this Order.

1. Use of the statewide voter registration list and all data contained therein is restricted exclusively to the prosecution of, and the defense of, claims asserted in this action, and as such may not be used for any other purpose. The statewide voter registration list and all data contained therein is designated for counsels' eyes only (including counsels' respective associates, clerks, legal assistants, stenographic, and support personnel to whom disclosure is reasonably necessary, and expert witnesses, consultants, and their staff as further described in Paragraph 2 below), and copies or the contents of said records shall not be disclosed or published outside the instant matter in any manner except as provided here.

2. With the exception of expert witnesses and consultants specifically retained for this action (including their staff), Plaintiffs shall not transmit, deliver, or otherwise convey the statewide voter registration list, or any data contained therein, to any non-party to this action.

3. The terms of this Order do not preclude the use of the statewide voter registration list and all data contained therein at trial, depositions or in any other hearing in this matter. Any use of the statewide voter registration list and all data contained therein shall be filed under seal or redacted to protect the identifying information of each voter in the list.

4. Within 30 days of the conclusion of this action, including the conclusion of all appeals thereto, counsel for Plaintiffs shall (a) destroy all hard copies of the statewide voter registration list and documents generated or derived from the data contained therein, (b) delete all digital copies of the statewide voter registration list and documents generated or derived from the data contained therein, and (c) certify in writing to counsel for Defendants that all digital and hard copies of the statewide voter registration list and all documents generated or derived from data contained therein have been destroyed and that neither Plaintiffs, their counsel, nor their retained experts and consultants continue to possess the statewide voter registration list or data contained therein. Notwithstanding the foregoing, this provision shall not be applicable to (a) any documents filed with the Court or disclosed during expert discovery which may contain data from the statewide voter registration list or (b) any internal work product of counsel which may contain data from the statewide voter registration list.

5. In the event of any dispute arising out of a past or anticipated use of the statewide voter registration list or data contained therein, which the Parties are unable to resolve, the Parties will follow the discovery dispute procedure in the Initial Case Management Order. Dkt. 47 at 4-5.

It is SO ORDERED.

_____
U.S. Magistrate Judge

Approved for Entry,

JONATHAN SKRMETTI
Attorney General and Reporter

/s/ Ryan Henry
WHITNEY D. HERMANDORFER (BPR# 041054)
   Director of Strategic Litigation
PHILIP HAMMERSLEY (BPR# 041111)
   Assistant Solicitor General
MIRANDA H. JONES (BPR# 036070)
   Senior Assistant Attorney General
RYAN NICOLE HENRY (BPR# 40028)
   Assistant Attorney General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 532-2935
philip.hammersley@ag.tn.gov
whitney.hermandorfer@ag.tn.gov
miranda.jones@ag.tn.gov
ryan.henry@ag.tn.gov

ADAM K. MORTARA (BPR# 40089)
Lawfair LLC
40 Burton Hills Blvd., Suite 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

**Counsel for Defendants**

/s/ Pooja Chaudhuri (with permission)
PHILLIP F. CRAMER
Sperling & Slater
150 3rd Avenue South, Suite 1100
Nashville, TN 37201
Tel.: 312-224-1512
pcramer@sperling-law.com

ALEXANDER S. DAVIS*
POOJA CHAUDHURI+
EZRA D. ROSENBERG+
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
Tel.: 202-662-8600
pchaudhuri@lawyerscommittee.org
erosenberg@lawyerscommittee.org
adavis@lawerscommittee.org

JEFFREY LOPERFIDO*
MITCHELL D. BROWN*
ADRIANNE SPOTO*
Southern Coalition for Social Justice
P.O. Box 51280
Durham, NC 27717
Tel.: 919-323-3380
jeffloperfido@scsj.org
mitchellbrown@scsj.org
adrianne@scsj.org

GEORGE E. MASTORIS*
MICHELLE D. TUMA*
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
Tel.: 212-294-6700
gmastoris@winston.com
mtuma@winston.com

**Counsel for Plaintiffs**

+Admitted to the Bar of the Middle District of Tennessee
*Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2024, the undersigned filed the foregoing document via this Court's electronic filing system, which sent notice of such filing to the following counsel of record:

| COUNSEL OF RECORD | PARTY REPRESENTED |
|---|---|
| Phillip F. Cramer<br>Sperling & Slater<br>150 3rd Avenue South, Suite 1100<br>Nashville, TN 37201<br>Tel.: 312-224-1512<br>pcramer@sperling-law.com<br><br>Jon Greenbaum<br>Ezra D. Rosenberg*<br>Pooja Chaudhuri*<br>Alexander S. Davis*<br>Lawyers' Committee for Civil Rights Under Law<br>1500 K Street NW, Suite 900<br>Washington, DC 20005<br>Tel.: 202-662-8600<br>jgreenbaum@lawyerscommittee.org<br>erosenberg@lawyerscommittee.org<br>pchaudhuri@lawyerscommittee.org<br>adavis@lawyerscommittee.org<br><br>Jeffrey Loperfido*<br>Mitchell D. Brown*<br>Southern Coalition for Social Justice<br>1415 West Highway 54, Suite 101<br>Durham, NC 27707<br>Tel.: 919-323-3380<br>jeffloperfido@scsj.org<br>mitchellbrown@scsj.org<br><br>Adrianne M. Spoto<br>Southern Coalition for Social Justice<br>5517 Durham-Chapel Hill Blvd<br>Durham, NC 27707<br>Tel.: (919) 323-3380<br>adrianne@scsj.org<br><br>George E. Mastoris*<br>Michelle D. Tuma*<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166<br>Tel.: 212-294-6700<br>gmastoris@winston.com | Plaintiffs Tennessee State Conference of the NAACP, League of Women Voters of Tennessee, The Equity Alliance, Memphis A. Philip Randolph Institute, African American Clergy Collective of Tennessee, Judy Cummings, Brenda Gilmore, Ophelia Doe, Freda Player, and Ruby Powell-Dennis |

| | |
|---|---|
| Adam K. Mortara<br>Lawfair LLC<br>40 Burton Hills Blvd., Suite 200<br>Nashville, TN 37215<br>(773) 750-7154<br>mortara@lawfairllc.com<br><br>Whitney D. Hermandorfer<br>  Director of Strategic Litigation<br>Miranda H. Jones<br>  Senior Assistant Attorney General<br>Ryan Nicole Henry<br>  Assistant Attorney General<br>Philip Hammersley<br>  Assistant Solicitor General<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>(615) 532-2935<br>whitney.hermandorfer@ag.tn.gov<br>miranda.jones@ag.tn.gov<br>ryan.henry@ag.tn.gov<br>philip.hammersley@ag.tn.gov | Defendants William B. Lee, in his official capacity as Governor of the State of Tennessee, Tre Hargett, in his official capacity as Secretary of State of the State of Tennessee, Mark Goins, in his official capacity as Coordinator of Elections for the State of Tennessee, the State Election Commission, and Donna Barrett, Judy Blackburn, Jimmy Eldridge, Mike McDonald, Secondra Meadows, Bennie Smith and Kent Younce, in their official capacities as members of the State Election Commission |

                                                */s/ Ryan N. Henry*
                                                *Counsel for Defendants*