# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE STATE CONFERENCE OF THE NAACP, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM B. LEE, in his official capacity as Governor of the State of Tennessee, *et al.*,<br><br>Defendants. | Case No. 3:23-cv-00832<br>Judge Eric Murphy<br>Judge Eli Richardson<br>Judge Benita Pearson |

## SUBPOENA RECIPIENTS' UNOPPOSED MOTION
## TO HOLD ALL PENDING DISCOVERY MOTIONS IN ABEYANCE

On August 21, 2024, this Court granted the Defendants' motion to dismiss and dismissed the Complaint in its entirety. Doc. 75 at 49. Plaintiffs have until September 20, 2024, to consider whether to amend their complaint in light of this Court's analysis. *Id.* The Subpoena Recipients now move the Court to hold in abeyance all outstanding discovery motions, which have been referred to the magistrate judge, *see* Docs. 57, 59, 62-64, pending clarity regarding whether and how Plaintiffs intend to continue to pursue this case.

These pending discovery motions are moot because there is no current claim at issue and will remain moot if Plaintiffs do not file an amended complaint. "Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense." Fed. R. Civ. P. 26(b)(1). Because the Court dismissed the Complaint in its entirety, there is no longer any claim or defense before the Court, and thus, no party is entitled to discovery. *Id.*; *see Ziss Bros. Const. Co. v. City of Indep., Ohio*, 439 F. App'x 467, 480 (6th Cir. 2011) (noting that plaintiffs are "not entitled to discovery" on claims dismissed as insufficiently pleaded).

Holding the motions in abeyance also would further judicial economy and preservation of the parties' and court's resources. Assessing and resolving motions that are currently moot in an action that may well end in a matter of weeks would benefit neither the court nor the parties. Even if Plaintiffs express an intent to attempt to amend their complaint, any such amendments would have the potential to alter the factual and legal bases for the pending discovery motions. Moving forward on these motions now thus risks needless duplication should a second round of briefing be necessary to resolve new discovery arguments on a new set of pleadings. *See Kucera v. Jefferson Cnty. Bd. of Sch. Comm'rs*, No. 3:03-CV-593, 2013 WL 5701674, at *1 (E.D. Tenn. Oct. 18, 2013) (noting courts "possesses the authority to hold a motion in abeyance if resolution of a pending matter will help clarify the current issues or make currently disputed issues moot" (citation omitted)); *see also* Fed. Trade Comm'n v. ACRO Servs. LLC, No. 3:22-CV-895, 2023 WL 4504594, at *2 (M.D. Tenn. May 1, 2023) (holding a motion in abeyance because other developments might render it moot).

Counsel for Subpoena Recipients consulted with Plaintiffs on August 30, 2024, and they do not oppose this motion.

Thus, this motion should be granted, and the discovery motions should be held in abeyance until after September 20, at which point—if no amended complaint has been filed—they should be denied as moot.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

| | |
|---|---|
| ADAM K. MORTARA (BPR# 40089)<br>Lawfair LLC<br>40 Burton Hills Blvd., Suite 200<br>Nashville, TN 37215<br>(773) 750-7154<br>mortara@lawfairllc.com | /s/ Miranda Jones<br>MIRANDA JONES (BPR# 036070)<br>  Senior Assistant Attorney General<br>WHITNEY D. HERMANDORFER (BPR# 041054)<br>  Director of Strategic Litigation<br>PHILIP HAMMERSLEY (BPR# 041111)<br>  Assistant Solicitor General<br>RYAN NICOLE HENRY (BPR# 40028)<br>  Assistant Attorney General<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>(615) 532-2935<br>miranda.jones@ag.tn.gov<br>whitney.hermandorfer@ag.tn.gov<br>philip.hammersley@ag.tn.gov<br>ryan.henry@ag.tn.gov<br><br>***Counsel for Subpoena Recipients*** |

# CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2024, the undersigned filed the foregoing document via this Court's electronic filing system, which sent notice of such filing to the following counsel of record:

| COUNSEL OF RECORD | PARTY REPRESENTED |
|---|---|
| Phillip F. Cramer<br>Sperling & Slater<br>150 3rd Avenue South, Suite 1100<br>Nashville, TN 37201<br>Tel.: 312-224-1512<br>pcramer@sperling-law.com<br><br>Jon Greenbaum<br>Ezra D. Rosenberg*<br>Pooja Chaudhuri*<br>Alexander S. Davis*<br>Lawyers' Committee for Civil Rights Under Law<br>1500 K Street NW, Suite 900<br>Washington, DC 20005<br>Tel.: 202-662-8600<br>jgreenbaum@lawyerscommittee.org<br>erosenberg@lawyerscommittee.org<br>pchaudhuri@lawyerscommittee.org<br>adavis@lawyerscommittee.org<br><br>Jeffrey Loperfido*<br>Mitchell D. Brown*<br>Adrianne Spoto*<br>Southern Coalition for Social Justice<br>5517 Durham-Chapel Hill Blvd<br>Durham, NC 27707<br>Tel.: (919) 323-3380<br>jeffloperfido@scsj.org<br>mitchellbrown@scsj.org<br>adrianne@scsj.org<br><br>George E. Mastoris*<br>Michelle D. Tuma*<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166<br>Tel.: 212-294-6700<br>gmastoris@winston.com<br>mtuma@winston.com<br><br>*Counsel for Plaintiffs* | Plaintiffs Tennessee State Conference of the NAACP, League of Women Voters of Tennessee, The Equity Alliance, Memphis A. Philip Randolph Institute, African American Clergy Collective of Tennessee, Judy Cummings, Brenda Gilmore, Ophelia Doe, Freda Player, and Ruby Powell-Dennis |

| | |
|---|---|
| Adam K. Mortara<br>Lawfair LLC<br>40 Burton Hills Blvd., Suite 200<br>Nashville, TN 37215<br>(773) 750-7154<br>mortara@lawfairllc.com<br><br>Whitney D. Hermandorfer<br>  Director of Strategic Litigation<br>Miranda H. Jones<br>  Senior Assistant Attorney General<br>Ryan Nicole Henry<br>  Assistant Attorney General<br>Philip Hammersley<br>  Assistant Solicitor General<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>(615) 532-2935<br>whitney.hermandorfer@ag.tn.gov<br>miranda.jones@ag.tn.gov<br>ryan.henry@ag.tn.gov<br>philip.hammersley@ag.tn.gov<br><br>*Counsel for Defendants* | Defendants William B. Lee, in his official capacity as Governor of the State of Tennessee, Tre Hargett, in his official capacity as Secretary of State of the State of Tennessee, Mark Goins, in his official capacity as Coordinator of Elections for the State of Tennessee, the State Election Commission, and Donna Barrett, Judy Blackburn, Jimmy Eldridge, Mike McDonald, Secondra Meadows, Bennie Smith and Kent Younce, in their official capacities as members of the State Election Commission |

       */s/ Miranda Jones*
       Senior Assistant Attorney General