# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Tennessee State Conference of the NAACP, et al.

                                                                            Plaintiff,

v.                                                     Case No.: 3:23−cv−00832

Tre Hargett, et al.

                                                          Defendant,

## **ENTRY OF JUDGMENT**

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/25/2024 re [79].

                                                                       Lynda M. Hill
                                                  s/ Vicki Kinkade, Deputy Clerk